UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO. 3:07-cr-122-J-33TEM

ANDREW H. DYNDUL
_____/

**ORDER**

This matter comes before the Court pursuant to the Government's Consent Motion to Dismiss Preliminary Order of Forfeiture, which was filed on April 7, 2009. (Doc. # 38).

On May 17, 2007, Defendant was charged with conspiracy to commit wire fraud in a one count information. (Doc. # 1). On May 22, 2007, Defendant pled guilty to the sole count of the information. (Doc. # 10). In his plea agreement, Defendant agreed to forfeit to the Government the sum of $600,000 on or before the date of his sentencing. (Doc. # 10 at 4).

On December 21, 2007, this Court entered an order appointing Phillip S. Stenger as Receiver for real and personal property derived from participants in worker's compensation insurance fraud schemes forming the basis of this and related criminal prosecutions. (United States v. Jerry M. Brewer, et al. 3:07-cr-90-J-33HTS (Doc. # 163)).

On April 24, 2008, the Government filed a motion for a preliminary order of forfeiture. (Doc. # 26). Within the

motion, the Government represented that "the parties have agreed to reduce [the sum of $600,000] to $350,000." (Doc. # 26 at 1). On April 24, 2008, this Court sentenced Defendant to 18 months of imprisonment and 24 months of supervised release. (Doc. # 25). A judgment reflecting Defendant's sentence was issued on April 28, 2008. (Doc. # 27). Also on April 28, 2008, this Court entered a preliminary order of forfeiture (Doc. # 28), forfeiting Defendant's interest in the $350,000.

By the present motion, the Government requests that this Court dismiss forfeiture of the $350,000 and direct the United States Marshals Service to release the sum, after payment of the United States Marshals Service's expenses, into the custody and control of the Receiver for the benefit of victims of the fraud scheme.

Upon due consideration of the motion, and for good cause shown, this Court grants the motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED:**

(1) The Government's Consent Motion to Dismiss Preliminary Order of Forfeiture (Doc. # 38) is **GRANTED**.

(2) This Court's Preliminary Order of Forfeiture (Doc. # 28) is **DISMISSED**.

(3) The United States Marshals Service is directed to release the forfeited sum, after reimbursement of its expenses, into the custody and control of the Receiver, Phillip S. Stenger, for the benefit of the victims of the fraud scheme.

**DONE** and **ORDERED** in Jacksonville, Florida, this 9th day of April, 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

3